FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:    (808) 541-2850
Facsimile:    (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TROY KEITH STIMSON, Individually And As Personal Representative Of The Estate Of SHANALYNN MARIE STIMSON, Deceased; MARITAS STIMSON, Individually And As Next Friend for GERALD MIRALLES And KENETH STIMSON,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | CIVIL NO. 13-00429 HG RLP (Medical Malpractice)<br><br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties

above-named, by and through their respective counsel

undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of

Civil Procedure, that the above-entitled action be dismissed

with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

DATED: December 31, 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


/s/ Harry Yee
By _____
HARRY YEE
Assistant U.S. Attorney

Attorneys for Defendant
United States of America

DATED: December 30, 2014, at Honolulu, Hawaii.


/s/ Stephen M. Shaw
_____
STEPHEN M. SHAW
PAUL H. SACCOCCIO

Attorneys for Plaintiffs,

Dated: January 16, 2015, Honolulu, Hawaii.



__/s/ Helen Gillmor_____
Helen Gillmor
United States District Judge

Stimson et al. v. United States of America; Civil No. 13-00429 HG RLP "Stipulation for Dismissal with Prejudice"